IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                        ) | CRIMINAL NO. 21-mj-00182 |
| ) | |
| ) | |
| DIANA SANTOS-SMITH        ) | |

**ORDER**

Pending before the Court is the motion of defendant Diana Santos-Smith seeking admission of her attorney, Robert Goldman for admission to this Court *pro hac vice* with support from attorney Kira Anne West, a member in good standing in this Court. Upon consideration of the motion, finding it meritorious, the Court grants attorney Goldman's *pro hac vice* admission to this Court.

SO ORDERED this  8th  day of February, 2021.

_____
Robin M. Meriweather
United States Magistrate Judge

3